IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOHN S. PHILLIPS, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil No. 07-1389-TC ) ) ORDER |
| JEAN HILL, | ) ) |
| Respondent. | ) ) |

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on April 4, 2008. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Petitioner's petition (#1) is denied. This proceeding is dismissed.

DATED this \_\_\_\_21st\_\_\_\_ day of April, 2008.

                                            /s/ Michael R. Hogan
                                            United States District Judge

2    - ORDER